IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGECOMM LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1119-JLH |
| | ) | |
| ACUITY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendant to move, plead, or otherwise respond to the Complaint is extended through and including January 19, 2026.

/s/ Brian Lutness
Brian Lutness (No. 3572)
SILVERMAN, MCDONALD & FRIEDMAN
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 888-2900
brian@silverman-mcdonald.com
*Attorney for Plaintiff*

Dated: December 30, 2025

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
*Attorney for Defendant*

SO ORDERED this _____ day of _____ 2025.

_____
United States District Court Judge